### BOYER *v.* THE STATE.

BELL, Justice. The defendant was convicted of murder, without a recommendation, and the death sentence was imposed. His motion for new trial, containing only the general grounds, was overruled, and he excepted. There was evidence to support the verdict, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

No. 11298. MAY 15, 1936. REHEARING DENIED JULY 3, 1936.

*Marion Ennis* and *C. A. Giles*, for plaintiff in error.

*M. J. Yeomans, attorney-general, C. S. Baldwin Jr., solicitor-general, B. D. Murphy*, and *E. J. Clower*, contra.